==Motion denied 3/11/19.==
==s/John R. Adams==
==U.S. District Judge==

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| SKYLA D. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CHOICE RECOVERY, INC.,<br><br>Defendant. | Case No. 5:18-cv-02778- JRA<br><br>Honorable Judge John R. Adams |

### UNOPPOSED MOTION TO ALLOW PLAINTIFF TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE

NOW comes SKYLA D. JOHNSON ("Plaintiff"), by and through her attorneys, Sulaiman Law Group, Ltd. ("Sulaiman"), bringing this Motion to Allow Plaintiff to Appear Telephonically at the Case Management Conference and in support states as follows:

1. On March 5, 2019, this Honorable Court entered a Case Management Scheduling Order (Dkt. 10), ordering that the Case Management Conference ("CMC") is scheduled to take place on April 9, 2019 at 2:00 p.m. in front of Honorable Judge John R. Adams, in Akron, Ohio. This court further states that all parties with full settlement authority must be present at this hearing with their attorney.

2. Plaintiff has recently started a job working as a social worker with Aetna Health Insurance Company.

3. Thus far, Plaintiff has not accumulated any paid time off.

4. Plaintiff is a single mother and the sole income earner for her household. As such, she cannot financially afford any time off of work without pay.

5. Plaintiff understands and respects this Honorable Court's order which requires her to be present at the Case Management.  Given her circumstances, Plaintiff requests that this Court allow her to telephonically at the Case Management Hearing on April 9, 2019.

6. Plaintiff will be represented at the CMC by counsel with full settlement authority.

7. Plaintiff is extremely mindful of the Court's resources and would take a telephonic appearance as seriously as if she was present in Court. Plaintiff will be fully devoted to the CMC and will not be preoccupied by other matters.

8. Allowing Plaintiff to appear telephonically will be greatly beneficial to Plaintiff's financial situation.

WHEREFORE, Plaintiff, SYLA D. JOHNSON, respectfully respects that this Honorable Court allow her to appear telephonically at the Case Management Conference scheduled for April 9, 2019 and for any other relief appropriate.

Dated: March 8, 2019　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Nathan C. Volheim
　　　　　　　　　　　　　　　　　　　　　　　Nathan C. Volheim
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　Sulaiman Law Group, Ltd.
　　　　　　　　　　　　　　　　　　　　　　　2500 S. Highland Avenue, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　Lombard, IL 60148
　　　　　　　　　　　　　　　　　　　　　　　Phone (630) 575-8181 x113
　　　　　　　　　　　　　　　　　　　　　　　Fax: (630)575-8188
　　　　　　　　　　　　　　　　　　　　　　　nvolheim@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 8, 2019, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nathan C. Volheim*
Nathan C. Volheim
